1  JOSH COLE AICKLEN
   Nevada Bar No. 007254
2     E-Mail: aicklen@lbbslaw.com
   DAVID B. AVAKIAN
3  Nevada Bar No. 009502
      E-Mail: avakian@lbbslaw.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   Attorneys for Defendant TRUMP RUFFIN
7  TOWER I, LLC erroneously sued herein as
   TRUMP RUFFIN COMMERCIAL LLC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KATHY CARTER; RICHARD CARTER,<br><br>            Plaintiffs,<br><br>      vs.<br><br>TRUMP RUFFIN COMMERCIAL LLC; MICHAEL SABZEROU; DOES I through X, and ROE CORPORATIONS I through XX, inclusive,<br><br>            Defendants. | CASE NO.<br>Dept. No.:<br><br>**NOTICE OF REMOVAL OF ACTION (DIVERSITY)** |

COMES NOW, Defendant TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC ("hereinafter referred to as "Defendant" or "TRUMP"), by and through its attorneys of record, Josh Cole Aicklen, Esq., and David B. Avakian, Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby removes to this Federal Court the State Court action described below, and in support states as follows:

1.      On August 22, 2012, an action was commenced in the Eighth Judicial District Court, Clark County, Nevada, entitled <u>KATHY CARTER; RICHARD CARTER v. TRUMP RUFFIN COMMERCIAL LLC, et al.</u>, Case No. A-12-667255-C.  (A copy of the



4814-0754-2289.1

1  Complaint in this state court action is attached hereto as **Exhibit "A."**)

2      2.    The Summons and Complaint were served on TRUMP by personal service at Defendant's business address on September 5, 2012.

    3.    This notice is filed timely pursuant to 28 U.S.C. section 1446(b).  Thirty days have not elapsed since the case became removable.

    4.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, as there is complete diversity between the parties and I am informed and believe that more than $75,000.00 is in controversy, exclusive of interest and costs.  Plaintiffs' counsel has previously demanded $100,000.00 to settle the instant matter.  Accordingly, pursuant to 28 U.S.C. section 1441, TRUMP is entitled to remove this action to Federal court.

    5.    This case arises out of a negligence claim, and I am informed and believe that Plaintiffs seek to recover in excess of $75,000.00, exclusive of interest and costs.

    6.    Plaintiffs are, and during all relevant times were, residents of the State of Virginia. Defendant TRUMP is, and was at the time this action was commenced, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in the state of Delaware.  Mr. SABZEROU is, and was at the time this action was commenced, a resident of the state of California.  Accordingly, there is now, and there was at the time of the commencement of this action, complete diversity between Plaintiffs and Defendants.

    7.    The action in the state court was not commenced more than one year before the date of this removal.

    8.    A true and correct copy of this Notice of Removal will be filed with the Clerk for the Eighth Judicial District Court, Clark County, Nevada.

    9.    There are no other known Defendants who did not join in the removal of this action.

/ / /

/ / /



4814-0754-2289.1        2

1  Based on the foregoing, TRUMP removes this action, which is currently pending in the Eighth Judicial District Court, Clark County, Nevada as Case No. A-12-667255-C to Federal Court.

DATED this 25th day of September, 2012

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 25th day of September, 2012, I did cause a true copy of **NOTICE OF REMOVAL OF ACTION (DIVERSITY)** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By  /s/ *Johana Whitbeck*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP