JOSH COLE AICKLEN
Nevada Bar No. 007254
  E-Mail: aicklen@lbbslaw.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
  E-Mail: avakian@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant TRUMP RUFFIN
TOWER I, LLC erroneously sued herein as
TRUMP RUFFIN COMMERCIAL LLC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KATHY CARTER; RICHARD CARTER,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TRUMP RUFFIN COMMERCIAL LLC;<br>MICHAEL SABZEROU; DOES I through<br>X, and ROE CORPORATIONS I through<br>XX, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:12-cv-01681 |

### DEFENDANT TRUMP RUFFIN TOWER I, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT

COMES NOW, Defendant TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC (hereinafter "Defendant"), by and through its counsel of record, Josh Cole Aicklen, Esq., and David B. Avakian Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby responds to Plaintiffs' Complaint as follows:

/ / /

/ / /

4825-0382-3889.1

## RESPONSES TO JURISDICTION

1. Answering Paragraph number 1 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraph and, on that basis, denies each and every allegation set forth therein.

2. Answering Paragraph number 2 of Plaintiffs' Complaint, Defendant admits TRUMP RUFFIN TOWER I, LLC, is a Delaware limited-liability company. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of the balance of said paragraph and, on that basis, denies each and every allegation set forth therein.

3. Answering Paragraph numbers 3 and 4 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraphs and, on that basis, denies each and every allegation set forth therein.

## RESPONSES TO GENERAL ALLEGATIONS

4. Answering Paragraph number 5 of Plaintiffs' Complaint, Defendant repeats and realleges its responses to Paragraphs 1-4 as if fully set forth herein.

5. Answering Paragraph number 6 of Plaintiffs' Complaint, Defendant admits TRUMP RUFFIN TOWER I, LLC, owns the property known as the TRUMP INTERNATIONAL HOTEL LAS VEGAS in the City of Las Vegas, Nevada. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of the balance of said paragraph and, on that basis, denies each and every allegation set forth therein.

6. Answering Paragraph numbers 7, 8, 9, 10 and 11 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraphs and, on that basis, denies each and every allegation set forth therein.

///

## RESPONSES TO FIRST CAUSE OF ACTION

### (Negligence/Premises Liability)

7. Answering Paragraph number 12 of Plaintiffs' Complaint, Defendant repeats and realleges its responses to Paragraphs 1-11 as if fully set forth herein.

8. Answering Paragraph numbers 13, 14, 15 and 16 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraphs and, on that basis, denies each and every allegation set forth therein.

## RESPONSES TO SECOND CAUSE OF ACTION

### (Negligence Per Se)

9. Answering Paragraph number 17 of Plaintiffs' Complaint, Defendant repeats and realleges its responses to Paragraphs 1-16 as if fully set forth herein.

10. Answering Paragraph numbers 18, 19, 20, 21, 22, 23 and 24 of Plaintiffs' Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations of said paragraphs and, on that basis, denes each and every allegation set forth therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

That it has been necessary for Defendant to employ the services of an attorney to defend this action, and a reasonable sum should be allowed as and for Defendant's attorneys' fees, together with costs expended in this action.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the negligence of Plaintiffs exceeds that of the Defendant, if any, and that the Plaintiffs are thereby barred from any recovery, or their recovery is reduced accordingly.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs failed to name a party necessary for full and adequate relief essential in this action.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that the damages, if any, suffered by Plaintiffs as set forth in Plaintiffs' Complaint was caused in whole or in part by the negligence of a third party over which Defendant had no control.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to mitigate their damages and therefore any recovery must be reduced accordingly.

### SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that the damages, if any, suffered by Plaintiffs as set forth in Plaintiffs' Complaint were not caused by the subject accident and or negligence of the Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

That the damages, if any, incurred by Plaintiffs are not attributable to any act, conduct or omission on the part of the Defendant; Defendant denies that it was negligent in any manner or in any degree with respect to the matters set forth in Plaintiffs' Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in the Complaint, Plaintiffs did not exercise ordinary care, caution or prudence to avoid said accident and the resulting injuries, if any, complained of were directly and proximately contributed to and caused by the fault, carelessness and negligence of the Plaintiffs, thereby reducing and/or barring Plaintiffs' recovery.

### NINTH AFFIRMATIVE DEFENSE

The allegations contained in Plaintiffs' Complaint fail to state a cause of action against Defendant upon which relief can be granted.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs causes of action are barred by the applicable statutes of limitations.

/ / /



4825-0382-3889.1

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant hereby incorporates by reference those affirmative defenses enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth herein. In the event further investigation or discovery reveals the applicability of any such defenses, Defendant reserves the right to seek leave of court to amend this Answer to specifically assert any such defense. Such defenses are herein incorporated by reference for the specific purpose of not waiving any such defense.

### PRAYER FOR RELIEF

WHEREFORE, Defendant, TRUMP RUFFIN TOWER I, LLC, prays for judgment as follows:

1. That Plaintiffs take nothing by way of their Complaint;
2. That Defendant be awarded reasonable attorneys' fees and costs of suit incurred in defending this action;
3. That Defendant be awarded such other and further relief as the Court deems just and proper.

DATED this 25th day of September, 2012

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ *David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Lewis Brisbois Bisgaard & Smith LLP, and that on this 25th day of September, 2012, I did cause a true copy of **DEFENDANT TRUMP RUFFIN TOWER I, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By /s/ *Johana Whitbeck*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP