JOSH COLE AICKLEN
Nevada Bar No. 007254
 E-Mail: aicklen@lbbslaw.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
 E-Mail: avakian@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| KATHY CARTER; RICHARD CARTER, <br><br> Plaintiffs, <br><br> vs. <br><br> TRUMP RUFFIN COMMERCIAL LLC; MICHAEL SABZEROU; DOES I through X, and ROE CORPORATIONS I through XX, inclusive, <br><br> Defendants. | CASE NO. 2:12-cv-01681 |

## STIPULATION AND ORDER TO DISMISS PLAINTIFFS' RICHARD AND KATHY CARTER'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs' RICHARD and KATHY CARTER's Complaint and all related claims in the above-entitled action against Defendants TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC. and MICHAEL SABZEROU are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

4818-2403-5345.1

1  IT IS FURTHER STIPULATED AND AGREED that Plaintiffs' counsel withdraw his
2  Motion for Remand to State Court.
3  Dated: October 17, 2012
4  BENSON & BINGHAM

By /s/ Joe Benson
Joe Benson, Esq.
Nevada Bar No. 7276
11441 Allerton Park Dr., Suite 100
Las Vegas, NV 89135
Tel: 702.382.9797
Fax: 702.382.9798
Attorneys for Plaintiffs
KATHY AND RICHARD CARTER

Dated: October 26, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Josh Cole Aicklen
Josh Cole Aicklen, Esq.
Nevada Bar No. 007254
David B. Avakian, Esq.
Nevada Bar No. 009502
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
Attorneys for Defendant
TRUMP RUFFIN TOWER I, LLC
erroneously sued herein as TRUMP
RUFFIN COMMERCIAL LLC

Dated: October 24, 2012

RAY LEGO & ASSOCIATES

By /s/ Timothy F. Hunter
Timothy F. Hunter, Esq.
Nevada Bar No. 010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Tel: 702.479.4350
Fax: 702.270.4602
Attorneys for Defendant
MICHAEL SABZEROU

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants TRUMP RUFFIN TOWER I, LLC erroneously sued herein as TRUMP RUFFIN COMMERCIAL LLC and MICHAEL SABZEROU are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion to Remand to State Court is denied as moot.

Dated October 30, 2012.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By     /s/ *David B. Avakian*
        JOSH COLE AICKLEN
        Nevada Bar No. 007254
        DAVID B. AVAKIAN
        Nevada Bar No. 009502
        6385 S. Rainbow Boulevard, Suite 600
        Las Vegas, Nevada 89118
        Tel. 702.893.3383
        Attorneys for Defendant TRUMP RUFFIN
        TOWER I, LLC erroneously sued herein as
        TRUMP RUFFIN COMMERCIAL LLC



4818-2403-5345.1                           3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of , and that on this 29th day of October, 2012, I did cause a true copy of **STIPULATION AND ORDER TO DISMISS PLAINTIFFS' RICHARD AND KATHY CARTER'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

By /s/ *Johana Whitbeck*
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP